IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00134-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| HEVERTH ULISES CASTELLON (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 1741: Order and Judgment).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing the defendant's resentencing following vacatur of Count Forty-Eight, including whether a hearing is requested, within thirty (30) days of the entry of this Order.

The Clerk is directed to certify copies of this Order to the defendant, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: September 19, 2022

Robert J. Conrad, Jr.
United States District Judge